IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| NIKOLE BARNES, | : | |
| Petitioner, | : | |
| vs. | : | CIVIL ACTION 09-0413-WS-N |
| STATE OF ALABAMA, | : | |
| Respondent. | : | |

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that this action be and is hereby TRANSFERRED to the United States District Court for the Northern District of Alabama.

DONE this 13th of August, 2009.

　　　　　　　　　　　　　　　　　　　　　　s/WILLIAM H. STEELE_____
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE